# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    CRIMINAL ACTION NO. 3:99CR-27-H-1

JAMES FREEMAN                                              DEFENDANT

## MEMORANDUM OPINION & ORDER

A jury convicted Defendant James Freeman in 2000 of various drug charges, and on January 17, 2001, this Court sentenced him to a total of 280 months imprisonment. Freeman is now asking the Court to reduce his sentence based upon the U.S. Sentencing Commission's "relax[ed] sentencing departure for age, mental, and physical condition."

A sentence of imprisonment can only be modified in limited circumstances enumerated in 18 U.S.C. § 3582. The Sentencing Commission's policy statement concerning the application of § 3582(c)(2) is set forth in U.S.S.G. § 1B1.10 and provides:

> In a case in which a defendant is serving a term of imprisonment, and the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (c) below, the court may reduce the defendant's term of imprisonment as provided by 18 U.S.C. 3582(c)(2). As required by 18 U.S.C. 3582(c)(2), any such reduction in the defendant's term of imprisonment shall be consistent with this policy statement.

Amendment 739 to the Sentencing Guidelines, amended U.S.S.G. §§ 5H1.1, 5H1.3, and 5H1.4 to allow a sentencing court to take into consideration a defendant's age, mental and emotional condition, and/or physical condition in determining whether a departure is warranted. *See* U.S.S.G., Appendix C, Amendment 739 (2010). However, the Sentencing Commission has not listed Amendment 739 in § 1B1.10(c). Accordingly, the Court does not have jurisdiction to reduce Freeman's sentence based on Amendment 739.

For the reasons set forth above, **IT IS ORDERED** that Defendant James Freeman's

motion to reduce (DN 209) is **DENIED.**

Date:

cc:     Defendant James Freeman
        United States Attorney
4412.008